# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2006

129118

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ROGER W. LONG, by and through his mother,
Guardian, and conservator, JACKLYNNE EVE
LONG,
      Plaintiff-Appellant,

v

SC: 129118
COA: 260113
Oakland CC: 03-054025-NF

TITAN INSURANCE COMPANY,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2006

Clerk